IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01218-LTB-MJW

EDWARD GLENN,

    Applicant,

v.

GARY GOLDER, Warden, S.C.F., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

### ORDER TO ANSWER

---

After preliminary consideration of the Application For A Writ Of Habeas Corpus Pursuant To 28 U.S.C. § 2254, it is now

ORDERED that on or before October 11, 2005, the respondents shall file an answer conforming to the requirements of Rule 5 of the Rules Governing Section 2254 Cases.

Dated: August 11, 2005

                BY THE COURT:

                s/ Michael J. Watanabe
                U.S. MAGISTRATE JUDGE

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 16 2005

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  05-cv-01218-LTB-MJW

Edward Glenn
Prisoner No. 60957
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

Gary Golder
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
2862 S. Circle Drive, Suite 400
Colorado Springs, CO 80906-4122

John Suthers, Attorney General - CERTIFIED
Office of the Attorney General
1525 Sherman Street, 5th Floor
Denver, CO 80203

Paul Sanzo, Asst.  Attorney General
Office of the Attorney General
DC Box - **COURTESY COPY**

     I hereby certify that I have mailed a copy of the ORDER, APPLICATION FOR WRIT OF HABEAS CORPUS FILED 6/30/05, AND CONSENT FORM  to the above-named individuals on  8/16/05  .

                              GREGORY C. LANGHAM, CLERK

                              By:_____
                                         Deputy Clerk

