**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 05-cv-01218-LTB-MJW

EDWARD GLENN,
    Plaintiff,

v.

GARY GOLDER, Warden S.C.F., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,
    Defendants.

_____

**ORDER**
_____

This case is before me on the recommendation of the Magistrate Judge issued and served on April 11, 2008 (Doc 14). Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review. Accordingly, it is

ORDERED that the recommendation is accepted and this action is DISMISSED WITH PREJUDICE.

                              BY THE COURT:

                              s/Lewis T. Babcock
                              Lewis T. Babcock, Judge

DATED: May 9, 2008